

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00511-CV

CINTAS CORPORATION

v.

DAVID ARRELLANO, INDIVIDUALLY, D/B/A LAS COMADRES RESTAURANT

On appeal from the
County Court at Law No 2 of Cameron County, Texas
Trial Cause No. 2010-CCL-01297

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in favor of Cintas for its liquidated damages and attorney's fees. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

March 20, 2014.